UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

BENJAMIN WHITE and DAWN WHITE, :
*Husband and Wife,* :
:
          Plaintiffs, :
:
          v. : No. 5:17-cv-4174
:
THE HOME DEPOT, INC.; :
LOUISVILLE LADDER, INC.; :
TRIMACO, LLC; and :
THE SHERWIN-WILLIAMS COMPANY, :
:
          Defendants. :
_____

# O R D E R

**AND NOW**, this 9th day of May, 2018, for the reasons expressed in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Defendants' Motion for Summary Judgment, ECF No. 35, is **GRANTED**.

2. Judgment is **ENTERED** for Defendants and against Plaintiffs on all counts of Plaintiffs' Complaint.

3. This case is **CLOSED**.

                                              BY THE COURT:

                                              */s/ Joseph F. Leeson, Jr.*_____
                                              JOSEPH F. LEESON, JR.
                                              United States District Judge